IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
BILLINGS DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | CR 20–23–BLG–DLC |
| Plaintiff, | |
| vs. | ORDER |
| LADONNA PAULETTE CRENSHAW, | |
| Defendant. | |

Before the Court is the government's Motion to Dismiss Indictment. (Doc. 6.) Defendant Ladonna Paulette Crenshaw died on February 20, 2021. (Doc. 6-1.) Ms. Crenshaw never appeared on the Indictment, nor was she ever appointed counsel.

Accordingly, and pursuant to Federal Rule of Criminal Procedure 48(a), IT IS ORDERED that the motion (Doc. 6) is GRANTED. This matter is DISMISSED.

DATED this 11th day of March, 2021.

_____
Dana L. Christensen, District Judge
United States District Court

1